PEOPLE *v.* ROE. Appeal from Wayne, Horace W. Gilmore, J. Submitted Division 1 October 26, 1971, at Lansing. (Docket No. 10480). Decided November 30, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Arthur N. Bishop*, Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow*, State Appellate Defender, and *Jane Burgess*, Assistant Defender, for defendant on appeal.

Before: McGREGOR, P. J., and BRONSON and DANHOF, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to a charge of escape from the Detroit House of Correction, and appeals. A motion to affirm has been filed by the people.

Upon examination of the briefs and record it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.